No. 00–768. IMMIGRATION AND NATURALIZATION SERVICE *v.* NAM NGUYEN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zadvydas* v. *Davis, ante,* p. 678.

No. 00–769. IMMIGRATION AND NATURALIZATION SERVICE *v.* CHHUN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zadvydas* v. *Davis, ante,* p. 678.

No. 00–777. ASHCROFT, ATTORNEY GENERAL *v.* LIM. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zadvydas* v. *Davis, ante,* p. 678.

No. 00–985. IMMIGRATION AND NATURALIZATION SERVICE *v.* THANH DUC TRAN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zadvydas* v. *Davis, ante,* p. 678.

No. 00–986. IMMIGRATION AND NATURALIZATION SERVICE *v.* PHETSANY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zadvydas* v. *Davis, ante,* p. 678.

No. 00–987. IMMIGRATION AND NATURALIZATION SERVICE *v.* OURK. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zadvydas* v. *Davis, ante,* p. 678.

No. 00–1000. IMMIGRATION AND NATURALIZATION SERVICE *v.* BE HUU NGUYEN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zadvydas* v. *Davis, ante,* p. 678.